```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LAMAR BROWN, on behalf of himself and
all others similarly situated,

                     Plaintiff,

      -against-

Good Deals Appliances, Inc.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2023
```

23 Civ. 3598 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by July 5, 2023. ECF No. 7. These submissions are now overdue. Accordingly, by **July 21, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                         ANALISA TORRES
                                   United States District Judge