UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

GOOD DEALS APPLIANCES, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/26/2023
```

23 Civ. 3598 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by July 5, 2023.  ECF No. 7.  The parties did not file their submissions.  On July 7, 2023, the Court ordered the parties to file their joint letter and proposed case management plan by July 25, 2023.  ECF No. 10.  The parties, again, did not file their submissions.  Accordingly, by **August 9, 2023**, the parties shall file their joint letter and proposed case management plan.  Plaintiff is reminded that failure to prosecute his case and comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                                                ANALISA TORRES
                                                    United States District Judge